[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
November 9, 2005
THOMAS K. KAHN
CLERK

Nos. 05-11441
Non-Argument Calendar

_____

D.C. Docket No. 04-00101-CR-3-RV

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

FRANCISCO EDGARDO MARTINEZ-MEJIA,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Northern District of Florida

_____

(November 9, 2005)

Before ANDERSON, BIRCH and BLACK, Circuit Judges.

PER CURIAM:

Appointed counsel for Francisco Edgardo Martinez-Mejia moves to

withdraw from further representation of the appellant and filed a brief pursuant to

<u>Anders v. California</u>, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Martinez-Mejia's convictions and sentences are **AFFIRMED**.